**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>ELGIN D. SHERMAN<br>AND<br>FELLICIA A. SHERMAN<br><br><br>Debtors | Chapter 13<br><br><br><br>Case No. 19-11880-KHK |

**TRUSTEE'S OBJECTION TO**
**MOTION TO EXTEND TIME TO FILE AMENDED CHAPTER 13 PLAN**

Thomas P. Gorman, Trustee, objects to Debtors' Motion to Extend Time to File Amended Chapter 13 Plan, as the additional time requested (sixty-three days beyond the twenty-one days already provided) is excessive.

Date: _September 11, 2019_____           ___/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman
                                          Chapter 13 Trustee
                                          300 N. Washington Street, #400
                                          Alexandria, VA 22314
                                          (703) 836-2226
                                          VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 11th day of September, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Motion to extend Time to File Amended Chapter 13 Plan to the following parties.

Elgin D. Sherman                          Robert Weed
Fellicia A. Sherman                       Attorney for Debtor
Chapter 13 Debtors                        Law Offices Of Robert Weed
19 Joyce Street                           1376 Old Bridge Rd. Ste 101-4
Stafford, VA 22556                        Woodbridge, VA 22192

                                          __/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman