# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In Re:                                                                Chapter 13

Elgin D. Sherman                           Case No.   19-11880-KHK

Fellicia A. Sherman

                Debtor(s).

## NOTICE OF SUSPENSION OF PLAN PAYMENTS

## PER STANDING ORDER 20-12

Comes this day, the Debtor(s), and having certified to counsel for the debtor(s) that they have adversely been financially impacted by the COVID-19 pandemic and gives notice of the suspension of their Chapter 13 plan payments for 3 calendar months starting in the month of       May       2021.

The Plan shall be automatically extended by the number of months stated above for the suspension.

                                                       By:    /s/ Robert R. Weed

                                                               Robert R. Weed, VSB #24646
                                                               Law Offices of Robert Weed
                                                               5019 C Backlick Rd.
                                                               Annandale, VA  22005
                                                               (703) 335-7793

Seen and agreed:

/s/ Thomas P. Gorman

Thomas P. Gorman
Chapter 13 Trustee